# In the United States District Court for the Southern District of Georgia Waycross Division

STAMEY CATTLE CO., LLP,

     Plaintiff,

     v.

WILLIAM P. WRIGHT, JR.; WILLIAM
P. WRIGHT, JR., D/B/A THE
WRIGHT FAMILY DAIRY FARMS, LLC;
THE WRIGHT FAMILY DAIRY, LLC,
D/B/A, THE WRIGHT FAMILY DAIRY
FARMS, LLC; GLENDA WRIGHT;
RAYMOND WRIGHT; ASBURY FARMS,
LLC; LEVI WRIGHT; AND HURRICANE
CREEK, LLC,

     Defendants.

No. 5:17-cv-147

## ORDER

On January 4, 2021, the Court ordered the parties to file a report informing the Court of the status of this case post-mediation.  The parties have done so.  Dkt. No. 196.

In the joint status report, the parties inform the Court that mediation between Plaintiff Stamey Cattle Co., LLP and Hurricane Creek Dairy, LLC was successful.  See id.  Hurricane Creek has "fully performed its obligations under the settlement agreement in a timely manner." Id. Accordingly, the Judgment previously entered against Hurricane Creek, dkt. no. 188, has been satisfied.

Additionally, "all issues raised by [Hurricane Creek's] pending] Motion [for Judgment as a Matter of Law] are fully

resolved." Id. Accordingly, Hurricane Creek's motion, dkt. no. 189, is deemed **WITHDRAWN**.

With mediation having been conducted, the **STAY** of this case is hereby lifted. There are no other pending motions before the Court, and this case stands **CLOSED**.

SO ORDERED, this 19 day of January, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2